15603

# JUDSON MILLS v. SOUTH CAROLINA UNEMPLOYMENT COMPENSATION COMMISSION *ET AL.*

(28 S. E. (2d), 535)

August, 1943.

*Mr. James Julien Bush* and *Mr. Robert G. Horine,* both of Columbia, S. C., Counsel for Defendants-Appellants,

*Messrs. Haynsworth & Haynsworth,* of Greenville, S. C., Counsel for Respondent,

January 3, 1944.

*Per Curiam:*

This is an appeal from a decree of Honorable G. Dewey Oxner, Judge of the Thirteenth Circuit. With that decree this Court finds itself in agreement. The conclusions reached by Judge Oxner are entirely proper and correct.

The appeal must be dismissed.